O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BRAVO NEGRETE,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. CV 13-06166 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: May 6, 2014

_Ralph Zarefsky_
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE